IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDREW FARRELL, et al.,

   Plaintiffs,

    v.

INDYMAC F.S.B., et al.

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-824-TWT

ORDER

This is a pro se civil action seeking to prevent foreclosure of a mortgage. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending remanding the case to the Superior Court of DeKalb County. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, this case was improperly removed because the Plaintiffs' Complaint does not assert a claim arising under federal law. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Superior Court of DeKalb County. The Motion to Dismiss [Doc. 2] and Motion to Stay [Doc. 4] are DENIED as moot.

T:\ORDERS\11\Farrell\remand.wpd

SO ORDERED, this 28 day of June, 2011.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge